# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:25-cv-01727-DFM | Date: | December 9, 2025 |
|---|---|---|---|
| Title | Stewart Thompson v. Buie-Area M LLC, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On August 5, 2025, Plaintiff Stewart Thompson, who is represented by counsel, filed a Complaint against Defendant Buie-Area M LLC. See Dkt. 1. On September 29, 2025, Plaintiff filed a Proof of Service, indicating that Defendant was served on September 27, 2025, with an Answer due on October 20, 2025. See Dkt. 7.

Defendant has not filed an Answer or otherwise responded to the Complaint. However, it is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is ordered to show cause within twenty-one (21) days why this action should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment; (2) file a notice of voluntary dismissal under Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made by Defendant.